IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RONALD W. HARGIS and AMY HARGIS, | ) ) ) | CAUSE NO. |
| Plaintiffs, | ) ) ) | 1 : 08-cv- 0339 -RLY -JMS |
| v. | ) ) | |
| AJ ENGINEERING, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Randall R. Riggs, counsel for defendant Wellspeak Enterprises, Inc. d/b/a AJ Engineering, states:

1.  On February 1, 2008, plaintiffs filed their Complaint For Damages against defendant Wellspeak Enterprises, Inc. d/b/a AJ Engineering, in the Marion Superior Court of Indiana, under Cause No. 49D12-0802-CT-004850.

2.  Wellspeak Enterprises, Inc. d/b/a AJ Engineering is a North Carolina "S" Corporation with its principal place of business in North Carolina.

3.  Defendant is under the belief that plaintiffs are residents and citizens of the State of Indiana.

4.  Based upon the allegations of plaintiffs' Complaint, if proved, the amount in controversy exceeds $75,000.00, exclusive of interests and costs; this action does not arise under the Workmen's Compensation laws of any state; is not brought against a common carrier or its receivers or trustees; does not arise under 45 U.S.C. 51-60; and, therefore, this cause is removable to this Court under 28 U.S.C. 1441(b).

5. This Notice of Removal is being filed with this Court within 30 days after receipt of the Complaint and Summons by the defendant.

6. Copies of all process, pleadings, and orders served upon petitioner in the state court action are attached hereto. Promptly hereafter, written notice will be given to all adverse parties and to the Clerk of the Marion Superior Court of Indiana, that this Petition for Removal is being filed with this Court.

WHEREFORE, Wellspeak Enterprises, Inc. d/b/a AJ Engineering, prays that the entire state court action, under Cause No. 49D12-0802-CT-004850, now pending in the Marion Superior Court of Indiana, be removed to this Court for all further proceedings.

LOCKE REYNOLDS LLP

By: _____
Randall R. Riggs, #5978-49
Attorneys for Defendant Wellspeak
Enterprises, Inc. d/b/a AJ Engineering

## CERTIFICATE OF SERVICE

Service of the foregoing was made by placing a copy of the same into the United States Mail, first class postage prepaid, this 13th day of March, 2008, addressed to:

Michael W. Phelps  
NUNN LAW OFFICE  
Franklin Place  
104 Franklin Road  
Bloomington, IN  47404

_____  
Randall R. Riggs

LOCKE REYNOLDS LLP  
201 North Illinois Street, Suite 1000  
P. O. Box 44961  
Indianapolis, IN  46244-0961  
317-237-3800  
Fax: 317-237-3900  
rriggs@locke.com

789498_1