UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RONALD W. HARGIS and <br> AMY HARGIS, <br>     Plaintiffs, <br><br> v. <br><br> WELLSPEAK ENTERPRISES, INC. <br> d/b/a AJ ENGINEERING, KOHLER <br> COATING, and MARQUIP WARD UNITED, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) CASE NO. 1:08-CV-00339 <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATED ORDER OF DISMISSAL**

This Cause coming to be heard on Defendant, Marquip Ward United, Inc.'s Stipulated Motion to Dismiss Plaintiffs, Ronald W. Hargis and Amy Hargis' cause against Defendant, Marquip Ward United, Inc. pursuant to Stipulation signed by counsel for all parties, due notice having been given, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Plaintiffs, Ronald W. Hargis and Amy Hargis' cause and all causes of action against Defendant, Marquip Ward United, Inc. are dismissed without prejudice pursuant to a stipulation signed by counsel for all parties.

IT IS FURTHER ORDERED that Plaintiffs, Ronald W. Hargis and Amy Hargis' cause shall continue and remain pending against Defendants, Wellspeak Enterprises, Inc. d/b/a AJ Engineering and Kohler Coating.

11/09/09
_____
Date

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

David T. Kasper
FROST BROWN TODD LLC
dkasper@fbtlaw.com

Randall R. Riggs
FROST BROWN TODD LLC
rriggs@fbtlaw.com

Matthew R. King
FROST BROWN TODD LLC
mking@fbtlaw.com

Michael W. Phelps
NUNN LAW OFFICE
mphelps@kiva.net

Edward J. Liptak
CARSON BOXBERGER LLP
liptak@carsonboxberger.com

Jeremy Dilts
CARSON BOXBERGER LLP
dilts@carsonboxberger.com

Philip F. Cuevas
LITCHFIELD CAVO LLP
cuevas@litchfieldcavo.com

Nicholas J. Parolisi, Jr.
LITCHFIELD CAVO LLP
parolisi@litchfieldcavo.com