IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RONALD W. HARGIS and AMY HARGIS, | ) CAUSE NO. 1:08-CV-00339-RLY-TAB )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| WELLSPEAK ENTERPRISES, INC. d/b/a AJ ENGINEERING; and KOHLER COATING, | )<br>)<br>)<br>) |
| Defendants. | ) |
| FLUTES, INC. | )<br>) |
| Intervening Defendant. | ) |

### PARTIES' STIPULATED LIST OF TRIAL EXHIBITS

Defendants Wellspeak Enterprises, Inc. d/b/a AJ Engineering, and Kohler Coating; and Plaintiffs Ronald W. Hargis and Amy Hargis, by counsel, submit their Final Trial Exhibit Lists as follows:

### AJ ENGINEERING'S TRIAL EXHIBITS

1. AJ Ex.1 (AJ original quote) – HARGIS 005-007
2. AJ Ex. 24 (AJ quote rev. 2; AJ original drawing) – HARGIS 060-065
3. AJ Ex. 27 (AJ final quote - rev. 5) – HARGIS 072-075
4. AJ Ex. 35 (Kohler sketch) – HARGIS 100-102
5. AJ Ex. 42 (Marquip line drawing) – HARGIS 130-132
6. AJ Ex. 51-67 (install photo – AJ control panel)
7. AJ Ex. 51-69 (install photo – AJ with Kohler rolled back)
8. AJ Ex. 51-70 (install photo – AJ infeed rollers)

9. AJ Ex. 51-83 (install photo – AJ electrical panel)
10. AJ Ex. 52, p. 5 (AJ final drawing - rev. 5)
11. AJ Ex. 66 (photo of AJ and Kohler machines)

## KOHLER COATING'S TRIAL EXHIBITS

1. Kohler Coating quote dated 2/12/07.
2. Photo of Kohler gluer on Flutes Line 5.
3. Photo of Kohler gluer front panel.
4. AJ Engineering drawing of 100" compression conveyor proposal.
5. Marquip drawing of Flutes Line 5 (Sheeter Inline Laminator Line Layout).
6. Email from Dave Brugmmann to Jim Wellspeak dated April 18, 2007.
7. Email from Michael Wellspeak to Jim Wellspeak dated July 9, 2007, forwarding email from Mike Rearick to Michael Wellspeak dated July 9, 2007.
8. Emails between Dave Brugmann and Jim Wellspeak dated April 23 and 24, 2007 and attached drawing of Kohler gluer.

## PLAINTIFFS' TRIAL EXHIBITS

1. Photo of Plaintiff's hand.
2. Photo of Plaintiff's hand.
3. Photo of Plaintiff's hand.
4. Photo of Plaintiff's hand.
5. Photo of Plaintiff's hand.
6. Photo of Plaintiff's hand.
7. Photo of Plaintiff's hand.

FROST BROWN TODD LLC

By: /s/ *Matthew R. King*
Matthew R. King, #24262-53
Brian R. Bouggy, # 29170-49
Attorneys for Defendant Wellspeak
Enterprises, Inc. d/b/a AJ Engineering

CARSON BOXBERGER LLP

By: /s/ *Edward J. Liptak*
Edward J. Liptak
Jeremy M. Dilts
Douglas A. Hoffman
Attorneys for Defendant Kohler Coating

NUNN LAW OFFICE

By: /s/ *Michael W. Phelps*
Michael W. Phelps
Attorneys for Plaintiffs