UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RONALD W. HARGIS and AMY HARGIS, | ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 1:08-cv-00339-RLY-TAB |
| WELLSPEAK ENTERPRISES, INC., d/b/a/ AJ ENGINEERING, and KOHLER COATING, | ) ) ) ) | |
| Defendants. | ) | |
| FLUTES, INC., | ) | |
| Intervening Defendant. | ) | |

**AMENDED JUDGMENT**

This action came before the court for a trial by jury, with Chief Judge Richard L. Young presiding. The issues having been tried, and the jury having rendered its verdict, the court orders that Plaintiffs, Ronald W. Hargis and Amy Hargis, recover from Defendant, Wellspeak Enterprises, Inc., d/b/a AJ Engineering, the amount of five million six hundred thousand dollars ($5,600,000.00), plus post-judgment interest at the rate of 0.18%, along with costs. Plaintiffs shall recover nothing from Defendant, Kohler Coating.

**SO ORDERED** this 5th day of April 2012.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk


Electronic Copies To:

Michael Carr Adley
LAW OFFICE OF LIBERTY MUTUAL GROUP
michael.adley@libertymutual.com

Brian R. Bouggy
FROST BROWN TODD LLC
bbouggy@fbtlaw.com

Jeremy Michael Dilts
CARSON BOXBERGER
dilts@carsonboxberger.com

Georgia Lynne Hartman
LAW OFFICES OF LIBERTY MUTUAL GROUP
georgia.hartman@libertymutual.com

Douglas Alan Hoffman
CARSON BOXBERGER
hoffman@carsonboxberger.com

David T. Kasper
FROST BROWN TODD LLC
dkasper@fbtlaw.com

Matthew Reed King
FROST BROWN TODD LLC
mking@fbtlaw.com

Edward J. Liptak
CARSON BOXBERGER
liptak@carsonboxberger.com

Michael W. Phelps
KEN NUNN LAW OFFICE
mikep@kennunn.com

Randall R. Riggs
FROST BROWN TODD LLC
rriggs@fbtlaw.com