## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| RONALD W. HARGIS and AMY HARGIS,<br><br>               Plaintiffs,<br><br>    v.<br><br>WELLSPEAK ENTERPRISES, INC. d/b/a AJ ENGINEERING; and KOHLER COATING,<br><br>               Defendants.<br>FLUTES, INC.<br><br>               Intervening Defendant. | CAUSE NO. 1:08-CV-00339-RLY-TAB |

### NOTICE OF SATISFACTION OF JUDGMENT

Plaintiffs, Ronald W. Hargis and Amy Hargis, by counsel, acknowledge receipt of payments, paid on behalf of Defendant, Wellspeak Enterprises, Inc. d/b/a AJ Engineering ("AJ Engineering"), and hereby release the judgment in the amount of $5,600,000.00, plus interest and costs entered for Plaintiffs against AJ Engineering on March 30, 2012, and amended on April 5, 2012, said judgment having been satisfied in full.  As this judgment has been satisfied, all of Plaintiffs' claims in the above captioned matter are hereby released and discharged.

                                          Michael W. Phelps
                                          Attorney for Plaintiffs

                                          Respectfully submitted:

                                          /S/ Michael W. Phelps

KEN NUNN LAW OFFICE
104 S. Franklin Road
Bloomington, IN 47404


## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of January, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Matthew R. King<br>Brian R. Bouggy<br>FROST BROWN TODD LLC<br>mking@fbtlaw.com<br>bbouggy@fbtlaw.com | Edward J. Liptak<br>Jeremy M. Dilts<br>Douglas A. Hoffman<br>CARSON BOXBERGER LLP<br>liptak@carsonboxberger.com<br>Hoffman@carsonboxberger.com<br>dilts@carsonboxberger.com<br>*Attorneys for Kohler Coating* |
| Michael C. Adley<br>Liberty Mutual Insurance<br>Michael.adley@libertymutual.com<br>*Attorneys for Flutes, Inc.* | |

                                            */s/ Michael W. Phelps*

Michael W. Phelps
NUNN LAW OFFICE
mikep@kennunn.com
*ATTORNEYS FOR PLAINTIFFS*