# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| RONALD W. HARGIS and AMY HARGIS, | ) CAUSE NO. 1:08-CV-00339-RLY-TAB |
| Plaintiffs, | ) |
| v. | ) |
| WELLSPEAK ENTERPRISES, INC. d/b/a AJ ENGINEERING; and KOHLER COATING, | ) |
| Defendants. | ) |
| FLUTES, INC. | ) |
| Intervening Defendant. | ) |

## ORDER OF SATISFACTION OF JUDGMENT

Plaintiffs, Ronald W. Hargis and Amy Hargis, by counsel, having filed their Notice of Satisfaction of Judgment, and the Court being duly advised, IT IS HEREBY ORDERED that the judgment in the amount of $5,600,000.00, plus interest and costs entered for Plaintiffs against Wellspeak Enterprises, Inc. d/b/a AJ Engineering, entered on March 30, 2012, and amended on April 5, 2012, has been fully paid and is satisfied.

Date: 02/01/2013

RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

Michael W. Phelps
NUNN LAW OFFICE
mphelps@kiva.net
*Attorneys for Plaintiff*

Edward J. Liptak
Jeremy M. Dilts
Douglas A. Hoffman
CARSON BOXBERGER LLP
liptak@carsonboxberger.com
Hoffman@carsonboxberger.com
dilts@carsonboxberger.com
*Attorneys for Kohler Coating*

Michael C. Adley
Liberty Mutual Insurance
Michael.adley@libertymutual.com
*Attorneys for Flutes, Inc.*

Randall R. Riggs
Matthew R. King
FROST BROWN TODD LLC
rriggs@fbtlaw.com
mking@fbtlaw.com
*Attorneys for Wellspeak Enterprises, Inc. d/b/a AJ Engineering*

Proposed Order served electronically via the Court's CMECF.